In the Matter of the Marriage of

John W. DRAKE, Jr.,
*Respondent,*

*and*

Kathleen A. DRAKE,
*Appellant.*

(D9002-61471; CA A67638)

820 P2d 467

John M. Wynn, Portland, argued the cause for appellant. With him on the brief were Richard W. Kapranos and McGill & Kapranos, Portland.

Linda J. Larkin, Portland, argued the cause for respondent. With her on the brief was Carney, Buckley, Kasameyer & Hays, Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

On *de novo* review, we modify the judgment to award wife $400 per month spousal support for 13 years from the date of the original judgment.

Judgment modified to award wife $400 per month spousal support for 13 years from date of original judgment; otherwise affirmed. Costs to wife.